■    In the Matter of HOME INSURANCE COMPANY, Respondent, v PATRICIA SAGER, Appellant.—In a proceeding to stay arbitration, the appeal is from an order of the Supreme Court, Nassau County, dated August 5, 1975, which granted the application pending a trial of certain preliminary issues. Order reversed, on the law, with $50 costs and disbursements, and application denied. No fact questions have been raised. The proceeding to stay arbitration was not timely commenced (CPLR 7503, subd [c]). Hopkins, Acting P. J., Margett, Damiani, Christ and Hawkins, JJ., concur.